IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01593-MJW

COCONA, INC., Delaware corporation,

Plaintiff,

v.

SINGTEX INDUSTRIAL CO., LTD., a Taiwanese company,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion to Vacate and Reset Scheduling Conference (Docket No. 12) is GRANTED.  Scheduling Conference set for August 12, 2014 at 10:30 a.m. is VACATED.  The Scheduling Conference is RESET for September 4, 2014 at 10:00 a.m.  All related deadlines are extended accordingly.

    It is FURTHER ORDERED that the parties shall have up to and including August 21, 2014 to complete and file the Pilot Program Consent Form (Docket No. 7), indicating either unanimous consent of the parties or that consent has been declined.

Date: July 22, 2014