IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01593-MJW

COCONA, INC., Delaware corporation,

Plaintiff,

v.

SINGTEX INDUSTRIAL CO., LTD., a Taiwanese company,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED Plaintiff's Motion for Leave to Amend the Complaint and Jury Demand (Docket No. 34) is GRANTED.  The Amended Complaint (Docket No. 34-1, pages 2 - 18) is accepted for filing as of the date of this order.  Plaintiff is directed to file a separate notice attaching a track-changes version of the amended pleading, in compliance with Local Civil Rule 15.1(a), by Friday, October 31, 2014.

Date: October 27, 2014